**Costenzia Costa, appellee, v. Order Sons of Italy in America, appellant. Gen. No. 39,582.**

 Heard in the first division of this court for the first district at the June term, 1937. Opinion filed October 18, 1937. Rehearing denied November 1, 1937.

Peter V. Fazio, for appellant. Peter D. Giachini, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Lillian Marguerite Spencer, appellee, v. Chicago City Railway Company and Chicago Railways Company, appellants. Gen. No. 25,621.**

 Heard in the first division of this court for the first district at the June term, 1937. Opinion filed October 18, 1937. Rehearing denied November 1, 1937.

Brown, Fox & Blumberg, for appellants; Frank L. Kriete and Charles Le Roy Brown, of counsel. Crahen, Sullivan, O'Toole & Sullivan, for appellee; Robert F. Kolb, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Andrew L. Halleman, appellee, v. William G. Allen et al. appellants. Gen. No. 39,447.**

 Heard in the first division of this court for the first district at the June term, 1937. Opinion filed October 18, 1937.

George T. Murphy, for appellants. Harry A. Biossat, for appellee.

Mr: Justice Matchett delivered the opinion of the court.

---

**People of the State of Illinois, appellant, v. Max Fiegen, appellee. Gen. No. 39,561.**

 Heard in the first division of this court for the first district at the June term, 1937. Opinion filed October 18, 1937.

Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. Joseph W. Schulman, for appellee.

Mr. Justice Matchett delivered the opinion of the court.